■ In the Matter of JEWEL M. and Others, Children Alleged to be Neglected. CRYSTAL V., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [24 NYS3d 904]—

Order of disposition, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about July 15, 2014, to the extent it brings up for review a fact-finding order, same court and Judge, entered on or about January 30, 2014, which found that respondent mother neglected her five children, unanimously affirmed, without costs. Appeal from fact-finding order unanimously dismissed, without costs, as subsumed in the appeal from the order of disposition.

According the greatest respect to the court's credibility findings, we find that a preponderance of the evidence establishes that the children were neglected since respondent's mental condition placed them at imminent risk of harm (Family Ct Act § 1012; *Matter of Irene O.*, 38 NY2d 776 [1975]; *Matter of Devin M. [Margaret W.]*, 119 AD3d 435, 436 [1st Dept 2014]). Respondent's failure to provide adequate education for her school-aged children is another basis for a finding of neglect (*Matter of William AA.*, 24 AD3d 1125 [3d Dept 2005], *lv denied* 6 NY3d 711 [2006]). Concur—Mazzarelli, J.P., Friedman, Sweeny and Manzanet-Daniels, JJ.